UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER DUATO,

      Plaintiff,                                                                      Case No. 22-cv-10778
                                                                                                  Hon. Matthew F. Leitman

v.

ALLSTATE INSURANCE CO.,

      Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 2)**

On December 13, 2022, the Court held a hearing on Defendant Allstate Insurance Company's motion to dismiss. (*See* Mot., ECF No. 2.) For the reasons explained on the record, the motion is **DENIED**. Allstate shall file an Answer to the Complaint by no later **January 3, 2023**.

**IT IS SO ORDERED**.

                                                                        s/Matthew F. Leitman
                                                                        MATTHEW F. LEITMAN
                                                                        UNITED STATES DISTRICT JUDGE

Dated: December 13, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2022, by electronic means and/or ordinary mail.

                                                                        s/Holly A. Ryan
                                                                        Case Manager
                                                                        (313) 234-5126